```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SAMSUNG ELECTRONICS CO., LTD., et al.,                       :
                            Plaintiffs,                      :
                                                             :    21 Civ. 5205 (LGS)
            -against-                                        :
                                                             :         ORDER
                                                             :
SOLAS OLED LTD., et al.                                      :
                            Defendants.                      :
-------------------------------------------------------------X
```
LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for August 26, 2021. Dkt. No. 8.

WHEREAS, on July 13, 2021, the parties filed a stipulation and proposed order extending Defendants' deadline to answer from July 7, 2021, to August 6, 2021, and setting deadlines of July 14, 2021, for Defendants to file any pre-motion letter in anticipation of a motion to dismiss, and July 26, 2021, for Plaintiffs' to file a response. Dkt. No. 12. It is hereby

**ORDERED**, that the parties' proposed deadlines referenced above, are adopted. By **July 14, 2021**, Defendants shall file any pre-motion letter in anticipation of a motion to dismiss and by **July 26, 2021**, Plaintiffs shall file a responsive letter. If Defendants' intend to answer the complaint, they shall do so by **August 6, 2021**. Any anticipated motions, and related proposed briefing schedules, will be discussed during the initial conference on August 26, 2021.

Dated: July 14, 2021
      New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE