```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SAMSUNG ELECTRONICS CO. LTD., et. al,                        :
                                    Plaintiffs,              :
                                                             :     21 Civ. 5205 (LGS)
 -against-                                                   :
                                                             :         ORDER
SOLAS OLED LTD., et. al,                                     :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was held on August 26, 2021, at 10:30 a.m. to discuss a scheduling order and Defendants' proposed motion to dismiss or transfer the initial Complaint;

WHEREAS, Defendants requested that discovery be stayed pending adjudication of their motion or for sixty days;

WHEREAS, on August 23, 2021, Plaintiffs filed an Amended Complaint. Defendants intend to move to dismiss the Amended Complaint or transfer this case to another federal district court;

WHEREAS Samsung Display Co. Ltd. has commenced an apparently related case at 21 Civ. 07201.  It is hereby

**ORDERED** that Defendants' application to stay discovery pending adjudication of the motion or for sixty days is denied.  A separate case management plan will issue.

**ORDERED** that, by **August 31, 2021**, the parties shall file a joint letter proposing how this action and the newly-filed action should be coordinated or consolidated, including with respect to discovery and motion practice.  The letter shall also include a proposed briefing schedule for any motion to dismiss or transfer.

**ORDERED** that the parties shall file as an attachment to the letter a proposed form of Order to address the sealing and redaction of the pleadings, Defendant's motion(s) and any other

filings.

Dated: August 26, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE

2